HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL F. et al.,

                Plaintiffs,

        vs.

UNITEDHEALTHCARE INSURANCE
COMPANY,

                Defendant.

No. 2:25-cv-01135-JNW

**ORDER GRANTING RENEWED STIPULATED MOTION FOR EXTENSION OF TRIAL DATE AND DISPOSITIVE MOTIONS DEADLINES AND FOR CROSS-MOTIONS BRIEFING SCHEDULE**

Based on the stipulation motion of the Parties and Good Cause shown:

IT IS HEREBY ORDERED:

1.      Trial in this matter shall be continued from July 27, 2026 to September 28, 2026;

2.      The deadline for all dispositive motions, and motions challenging expert witness testimony in this matter, if any, shall be extended to **April 20, 2026** (previously March 21, 2026);

3.      The Parties' anticipated cross-motions for summary judgment shall comply with the following briefing schedule:

-      **April 20, 2026**: Plaintiff files opening brief, which may not exceed 8,400 words.

ORDER GRANTING RENEWED STIPULATED
MOTION FOR EXTENSION OF TRIAL DATE AND
DISPOSITIVE MOTIONS DEADLINES AND FOR
CROSS-MOTIONS BRIEFING SCHEDULE - 1
2:25-cv-01135-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

- **May 4, 2026**: Defendant files its combined opening/opposition brief, which may not exceed 10,500 words.

- **May 18, 2026**: Plaintiff files its combined opposition/reply brief, which may not exceed 10,500 words.

- **June 1, 2026**: Defendant files its reply brief, not to exceed 6,000 words.

DATED this 17th day of April, 2026

_____

THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

ORDER GRANTING RENEWED STIPULATED
MOTION FOR EXTENSION OF TRIAL DATE AND
DISPOSITIVE MOTIONS DEADLINES AND FOR
CROSS-MOTIONS BRIEFING SCHEDULE - 2
2:25-cv-01135-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2026, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING RENEWED STIPULATED MOTION FOR EXTENSION OF TRIAL DATE AND DISPOSITIVE MOTIONS DEADLINES AND FOR CROSS-MOTIONS BRIEFING SCHEDULE** with the Clerk of the U.S. District Court for the Western District of Washington at Seattle using the ECF filing system, which sent notification to the following:

Laura C. Nielson
Lauranielson@lauranielsonlaw.com
Laura Nielson Law
2795 E Cottonwood Pkwy, Suite 300-1142
Salt Lake City, UT 84121
(801) 652-5698

Daniel E. Foster
dan@danielfoster.com
1813 NE 26th Pl
Renton, WA 98056
(425) 444-7543

G. Eric Nielson *pro hac vice pending*
ericnielson@ericnielson.com
G Eric Nielson & Associates
4796 S. Holladay Blvd.
Holladay, UT 84117
(801) 424-9088

*Counsel for Plaintiffs*

Dated this 14th day of April, 2026.

/s/ Hannah Sutherland
Hannah Sutherland, Legal Assistant

ORDER GRANTING RENEWED STIPULATED
MOTION FOR EXTENSION OF TRIAL DATE AND
DISPOSITIVE MOTIONS DEADLINES AND FOR
CROSS-MOTIONS BRIEFING SCHEDULE - 3
2:25-cv-01135-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820