UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL F. et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>        Defendant. | No. 2:25-cv-01135-JNW<br><br>**ORDER GRANTING STIPULATED SECOND MOTION FOR EXTENSION OF TIME**<br><br>HONORABLE JAMAL N. WHITEHEAD |

Based on the stipulated motion of the and Good Cause shown:

IT IS HEREBY ORDERED:

1.	The deadline for all dispositive motions and motions challenging expert witness testimony in this matter, if any, shall be extended to May 4, 2026 (previously April 20, 2026):

2.	Parties' anticipated cross-motions for summary judgment shall comply with the following briefing schedule:

-	**May 4, 2026**: Plaintiff files opening brief, which may not exceed 8,400 words.

-	**May 18, 2026**: Defendant files its combined opening/opposition brief, which may not exceed 10,500 words.

-	**June 1, 2026**: Plaintiff files its combined opposition/reply brief, which may not exceed 10,500 words.

-	**June 15, 2026**: Defendant files its reply brief, not to exceed 6,000 words.

The Trial Date in this matter shall be **September 28, 2026**.

DATED this 1st day of May, 2026.

_____
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE