UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL F. et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>        Defendant. | No. 2:25-cv-01135-JNW<br>**ORDER GRANTING PLAINTIFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>HONORABLE JAMAL N. WHITEHEAD |

Based on the Plaintiffs' motion and Good Cause shown:

IT IS HEREBY ORDERED:

1.     The deadline for all dispositive motions and motions challenging expert witness testimony in this matter, if any, shall be extended to June 3, 2026.

2.     Parties' anticipated cross-motions for summary judgment shall comply with the following briefing schedule:

3.  **June 3, 2026**: Plaintiff files opening brief, which may not exceed 8,400 words.

4.  **June 17, 2026**: Defendant files its combined opening/opposition brief, which may not exceed 10,500 words.

5.  **July 1, 2026**: Plaintiff files its combined opposition/reply brief, which may not exceed 10,500 words.

6.  **July 15, 2026**: Defendant files its reply brief, not to exceed 6,000 words.

The Trial Date in this matter shall be **November 27, 2026**.

DATED this 3rd day of June 2026.

_____
THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE