HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL F. et al.,

                    Plaintiffs,

    vs.

UNITEDHEALTHCARE INSURANCE
COMPANY,

                    Defendant.

No. 2:25-cv-01135-JNW

**[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiffs Daniel F., Kristy F., and R.F. and Defendant UnitedHealthcare Insurance Company's Stipulated Motion for Extension of Time. The Court finds good cause for the reasons stated in the Motion and hereby GRANTS the Motion and ORDERS the remaining deadlines for the parties' dispositive cross-motions:

- **July 1, 2026**: Defendant files its combined opening/opposition brief, which may not exceed 12,500 words.

- **July 15, 2026**: Plaintiffs file their combined opposition/reply brief, which may not exceed 10,500 words.

- **July 29, 2026**: Defendant files its reply brief, not to exceed 6,000 words.

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME - 1
2:25-cv-01135-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4936-2069-7525\2

DATED this 16th day of June, 2026

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME - 2
2:25-cv-01135-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4936-2069-7525\2