UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL F., KRISTY F., and R.F.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:25-cv-01135-JNW<br><br>ORDER STRIKING TRIAL DATE |

The Court raises this matter of its own accord. Trial is set for November 27, 2026. Dkt. No. 73. Based on the Parties' Joint Status Report, the Court expected the parties to file cross-dispositive motions before trial, and it planned to hold a bench trial only if those motions did not resolve the case. Dkt. No. 39 at 24–25.

Plaintiffs have since moved to remand this case to the Plan Administrator for further proceedings and findings. Dkt. No. 63. Defendant opposes remand and moves for judgment on the administrative record under Federal Rule of Civil Procedure 52.

Given the pending motions, and in the interest of judicial economy, the Court STRIKES the November 27, 2026, trial date. If a trial is needed after the Court

rules on the motions, it will set a new date. Any Party who believes a trial will be needed may file a statement of no more than five pages explaining why by Friday, November 13, 2026.

Dated this 10th day of November, 2026.

Jamal N. Whitehead
United States District Judge